PROB 12B
(7/93)

Report Date: September 19, 2008

# United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 2 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Oscar Ibarra | Case Number: 2:07CR02114-003 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko | |
| Date of Original Sentence: 8/8/2008 | Type of Supervision: Supervised Release |
| Original Offense: Misprision of a Felony, 18 U.S.C. § 4 | Date Supervision Commenced: 8/8/2008 |
| Original Sentence: Prison - 1 Months; TSR - 12 Months | Date Supervision Expires: 8/7/2009 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14   You shall participate in the home confinement program for 90 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

### CAUSE

On August 8, 2008, Mr. Ibarra appeared before Your Honor for sentencing. He was given credit for time served to be followed by 1-year of supervised release. Mr. Ibarra was also ordered to reside at a residential reentry center for a period of 90 days. This condition was ordered due to a phone line not being available at his residence for electronic monitoring. There is now a phone line at his residence that can be utilized for the defendant to be placed on home confinement with electronic monitoring.

Therefore, this officer respectfully requests Mr. Ibarra's special condition of serving 90 days at a residential reentry center be modified and that he be placed on home confinement with electronic monitoring as noted above.

Prob 12B
**Re: Ibarra, Oscar**
**September 19, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/19/08

*Jose Zepeda*
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

9/22/08
Date