PROB 12B  
(7/93)

Report Date: December 4, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 19 2008

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Oscar Ibarra | Case Number: 2:07CR02114-003 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko | |
| Date of Original Sentence: 8/8/2008 | Type of Supervision: Supervised Release |
| Original Offense: Misprision of a Felony, 18 U.S.C. § 4 | Date Supervision Commenced: 8/8/2008 |
| Original Sentence: Prison - 1 Months; TSR - 12 Months | Date Supervision Expires: 8/7/2009 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15     You shall complete 150 hours of community service work, at the rate of not less than 30 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 5/31/2009.

### CAUSE

On October 10, 2008, Mr. Ibarra removed his home electronic monitor from his ankle and discarded the device. The defendant was given the opportunity to look for the device but was not found. Mr. Ibarra is currently unemployed and based on his lack of employment history, jobs for the defendant are hard to come by. The loss and cost of the equipment was discussed with Mr. Ibarra and it appears he has no means of paying for the equipment. Mr. Ibarra has agreed to perform 150 hours of community service to the public rather than setting a restitution amount for the electronic monitoring device.

Mr. Ibarra is currently participating in intensive outpatient drug and alcohol treatment at Merit Resource Services. According to his counselor, Mr. Ibarra is currently in compliance with this program.

Mr. Ibarra was advised of the potential impact this modification could have on his supervision, and he acknowledged this understanding verbally and with his signature. Therefore, this officer respectfully requests Mr. Ibarra's conditions be modified by requiring him to perform 150 hours of community service as noted above.

Prob 12B
Re: Ibarra, Oscar
December 4, 2008
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/4/08

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/19/08
Date